NOT DESIGNATED
FOR PUBLICATION

## COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2019-CA-0214

Consumer Solutions, LLC

- - Versus - -

Theodore R. Thompson

16th Judicial District Court
Case #: 124496
St. Mary Parish

On Application for Rehearing filed on 09/16/2020 by GMAT Title Trust

Rehearing     **DENIED**

J. Michael McDonald

Mitchell R. Theriot

Wayne Ray Chutz

Date   **OCT 2 6 2020**

Rodd Naquin, Clerk